UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

EAST ST. LOUIS DIVISION

| | |
|---|---|
| Elizabeth Steines, individually and on behalf of all others similarly situated, | 3:22-cv-03099-SPM |
| Plaintiff, | |
| - against - | |
| Apple, Inc., | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    July 25, 2023

                                                                  Respectfully submitted,

                                                                   /s/Spencer Sheehan
                                                                   Sheehan & Associates, P.C.
                                                                   60 Cuttermill Rd Ste 412
                                                                   Great Neck NY 11021
                                                                   (516) 268-7080
                                                                   spencer@spencersheehan.com